# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CASINO QUEEN INTERACTIVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIGHT & WONDER, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:23-cv-03951-JPG <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a valid Notice of Voluntary Dismissal;

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED: February 29, 2024**

MONICA A. STUMP, Clerk of Court

By:  *s/Tina Gray,*
     Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
            J. PHIL GILBERT
            U.S. DISTRICT JUDGE